UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AZEB ALEMAYEHU,

                    Plaintiff,

        v.

BELLWEATHER HOUSING
ORGANIZATION,

                    Defendant.

CASE NO. C25-1185JLR

ORDER

On June 24, 2025, *pro se* Plaintiff Azeb Alemayehu filed a motion to proceed *in forma pauperis* ("IFP"), which the court granted on June 25, 2025.  (*See* IFP Motion (Dkt. # 1); 6/25/25 Order (Dkt. # 4).)  On December 16, 2025, the court issued an order directing Mr. Alemayehu to show cause by no later than December 26, 2025, why the court should not dismiss this case for failure to serve Defendant Bellweather Housing Organization ("Bellweather") with a summons and copy of the complaint within the timeframe provided in Federal Rule of Civil Procedure 4(m).  (*See* 12/16/25 OSC Order

ORDER - 1

(Dkt. # 7).)  Although that deadline expired over two months ago, Mr. Alemayehu has neither responded to the court's order nor filed an affidavit of service on Bellweather. (*See generally* Dkt.)  Accordingly, the court DISMISSES Mr. Alemayehu's complaint (Dkt. # 5) and this action without prejudice.

Dated this 3rd day of March, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2